FILED
FEB 10 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CARRILLO-CASTRO, <br> Plaintiff(s), <br> v. <br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br> Defendant(s). | No. C10-0460 BZ <br><br> **ORDER RE *IN FORMA PAUPERIS* APPLICATION** |

In her *In Forma Pauperis* application, plaintiff answered not applicable to the question of her spouse's employment and did not answer the questions about her spouse's income. Without this information, the Court is unable to process the application. **IT IS THEREFORE ORDERED** that by **March 1, 2010**, plaintiff shall either file a revised application answering these questions or submit authority explaining why she need not answer the questions. Failing that, her application will be denied.

Dated: February 10, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CARILLO-CASTRO V. ASTRUE\ORDER RE INFORMA PAUPERIS APPLIC.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTHA CARRILLO-CASTRO,

    Plaintiff,

v.

MICHAEL J. ASTRUE et al,

    Defendant.
_____/

Case Number: CV10-00460 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER RE IN FORMA PAUPERIS APPLICATION**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Gilberto Rosales
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Hwy, Suite C-115
Santa Fe Springs, CA 90670

Dated: February 10, 2010

    Richard W. Wieking, Clerk
    By: Rose Maher, Deputy Clerk

    *Rose Maher*