1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff MARTHA CARRILLO-CASTRO
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | MARTHA CARRILLO-CASTRO,          ) Case No.:  10-CV-460 BZ
                                      )
13 |         Plaintiff,                ) STIPULATION TO EXTEND
                                      ) BRIEFING SCHEDULE
14 |    vs.                            )
                                      )
15 | MICHAEL J. ASTRUE, Commissioner  )
                                      )
16 | of Social Security,               )
                                      )
17 |         Defendant                 )
   |_____)

18

19      Plaintiff Martha Carrillo-Castro ("Plaintiff") and defendant Michael Astrue,
20 Commissioner of Social Security ("Defendant"), through their undersigned counsel
21 of record, hereby stipulate, subject to the approval of the Court, to extend the time
22 for Plaintiff to file Plaintiff's Opening Brief to November 19, 2010; and that
23 Defendant shall have until December 20, 2010, to file his opposition, if any is
24 forthcoming. Any reply by plaintiff will be due January 4, 2011.
25
26

-1-

1     An extension of time is needed due to delivery problems relate dot the
2 administrative record in this matter. Counsel for plaintiff has not received the
3 administrative record in this matter and defendant requires more time to deliver the
4 administrative record.. Counsel sincerely apologizes to the court for any
5 inconvenience this may have had upon it or its staff.

7 DATE: September 29, 2010    Respectfully submitted,

8         LAW OFFICES OF LAWRENCE D. ROHLFING

9         /s/ Steven G. Rosales
BY: _____
10 Steven G. Rosales
Attorney for plaintiff MARTHA CARRILLO-
11 CASTRO

12
DATED: September 29, 2010  MELINDA HAAG
13         United States Attorney

15         */S/- *Odell Grooms*

17         Odell Grooms
        Special Assistant United States Attorney
18         Attorney for Defendant
19         [*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including November 19, 2010, in which to file Plaintiff's Opening Brief;
3  Defendant may have an extension of time to December 20, 2010 to consider the
4  contentions raised in Plaintiff's Opening Brief, and file any opposition if
5  necessary. Any reply by plaintiff will be due January 4, 2010.
6  IT IS SO ORDERED.
7  DATE: 18 Oct 2010

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE