MELINDA L. HAAG, CSBN 132612
United States Attorney

LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
ODELL GROOMS, SBN DC 375945
Assistant Regional Counsel
U.S. Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA CARRILLO-CASTRO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 3:10-cv-00460-BZ <br><br> STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, January 21, 2011 in which to file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.  This extension is necessitated as a result of the reassignment of cases in the Office of the Regional Chief Counsel due to personnel changes. Defendant's Brief was due on December 22, 2010 during which time presently assigned counsel was on leave and, through inadvertence, failed to seek the requested extension prior to the leave.  Defendant respectfully apologizes for this oversight and

1  assures the court that the requested extension in no way
2  represents an attempt to unduly delay these proceedings.
3
4                                  Respectfully submitted,

   MELINDA L. HAAG
5                                  United States Attorney
6
7  Dated: December 30, 2010       By: */s/ Odell Grooms*
                                   ODELL GROOMS
8                                  Special Assistant U.S. Attorney
9
10 Dated: December 30, 2010       */s/ Steven G. Rosales*
                                   STEVEN G. ROSALES
11                                 *(via telephone authorization)*
                                   Attorney for Plaintiff
12
13 IT IS SO ORDERED. **Defendant shall file by January 24, 2011**.
14
15 Dated: January 3, 2011        _____
                                  BERNARD ZIMMERMAN
16                                United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

2

**CERTIFICATE OF SERVICE**

    I, hereby, certify that on December 30, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by that system.

    Executed on December 30, 2010 in San Francisco, California.

                              */s/ Odell Grooms*
                              ODELL GROOMS
                              Special Assistant U.S. Attorney
                              Office of the Regional Chief Counsel
                              Social Security Administration
                              Attorney for Defendant