Case3:10-cv-00460-BZ   Document26   Filed05/13/11   Page1 of 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CARRILLO-CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO.: 3:10-CV-00460-BZ<br><br>~~PROPOSED~~ JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, it is hereby ordered that judgment be entered in accordance with the Court's order of April 5, 2011. IT IS SO ORDERED.

Dated: 16 May 2011

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge