1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Martha Carrillo-Castro

7

8              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
9

10  MARTHA CARRILLO-CASTRO,          ) Case No.: C 10-0460 BZ
                                     )
11              Plaintiff,           ) {PROPOSED} AMENDED ORDER
                                     ) AWARDING EQUAL ACCESS TO
12      vs.                          ) JUSTICE ACT ATTORNEY FEES
                                     ) AND EXPENSES PURSUANT TO 28
13  MICHAEL J. ASTRUE,               ) U.S.C. § 2412(d) AND COSTS
    Commissioner of Social Security, ) PURSUANT TO 28 U.S.C. § 1920
14                                   )
                Defendant            )
15                                   )
                                     )
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $3,300.00 as

20  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Amended

21  Stipulation. The parties' prior Stipulation and proposed order (Docket at 28) is

22  stricken.

23  DATE: 2 6 May 11

24                          THE HONORABLE BERNARD ZIMMERMAN
25                          UNITED STATES MAGISTRATE JUDGE

26

                                    -1-